UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISSA WATKINS,<br><br>            Plaintiff,<br><br>        v.<br><br>VESPER HEALTHCARE ACQUISITION CORP., BRENTON L. SAUNDERS, MANISHA NARASIMHAN, MICHAEL D. CAPELLAS, JULIUS FEW, and BARRY S. STERNLICHT,<br><br>            Defendants. | Case No: 1:21-cv-00713-ER |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses her claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 12, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
John Baylet (JB-6725)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*